# UNITED STATES DISTRICT COURT
Western District of Wisconsin

| | |
|---|---|
| **TINAMARIE CARL,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | 07-C-209-C |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | |
| **Defendant.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the decision of defendant Michael J. Astrue, Commissioner of Social Security, denying plaintiff Tinamarie Carl's applications for disability insurance benefits and supplemental security income is REVERSED AND REMANDED.

**THERESA M. OWENS**
_____
**Theresa M. Owens, Clerk**

**Connie A. Korth**                                                                                   11/08/07
_____                                      _____
**by Deputy Clerk**                                                                                        Date